IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNY COFFEY,                                                                                  PLAINTIFF
ADC #86434

v.                                      5:11-cv-00086-DPM-JTK

RAY HOBBS, et al.                                                                          DEFENDANTS

## ORDER

Defendants shall file a Response to Plaintiff's Motion for Injunctive Relief and/or Protective Order (Doc. No. 8) within fifteen days of the date of this Order.

IT IS SO ORDERED this 9th day of June, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE