IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNY COFFEY, ADC # 86434                                                    PLAINTIFF

v.                            Case No. 5:11-cv-86-DPM-JTK

RAY HOBBS; DEBORAH YORK;
and CORRECTIONAL MEDICAL
SERVICES                                                                      DEFENDANTS

ORDER

The Court has considered Magistrate Judge Jerome T. Kearney's partial Proposed Findings and Recommended Disposition, *Document No. 5*, and conducted a careful review of the record. Coffey made no response or objection. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal with one clarification. The *Twombly* citation should be 550 U.S. 544, 570 (2007).

Coffey's claims against Hobbs are dismissed without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 June 2011