**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

KENNY COFFEY,                                                                            PLAINTIFF
ADC #86434

v.                                        5:11-cv-00086-DPM-JTK

RAY HOBBS, et al.                                                                   DEFENDANTS

## ORDER

Defendants' Motion to Set Aside this Court's June 9, 2011 Order, directing their response

to Plaintiff's Motion for Injunctive Relief (Doc. No. 23) is GRANTED.[1]  Defendants are hereby

directed to respond to Plaintiff's Motion (Doc. No. 8) within fifteen days of the date of this Order.

IT IS SO ORDERED this 26th day of July, 2011.

_____
      JEROME T. KEARNEY
      UNITED STATES MAGISTRATE JUDGE

---

[1]The Court's June 9, 2011 Order was issued prior to the entry of appearance by
Defendants' counsel, and was not serve on them or their counsel.