# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

KENNY COFFEY, ADC #86434                                    PLAINTIFF


v.                          Case No. 5:11-cv-86-DPM-JTK


RAY HOBBS; DEBORAH YORK;
and CORRECTIONAL MEDICAL
SERVICES                                                   DEFENDANTS


## ORDER

The Court has received proposed findings and recommendations

from United States Magistrate Judge Jerome T. Kearney. *Document No. 37.*

Coffey has not objected.  Having reviewed the proposal for clear errors of

fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee

notes to 1983 addition), and for legal error, the Court adopts it in its

entirety.   Coffey's motion for injunctive relief or protective order,

*Document No. 8,* is therefore denied.

So Ordered.


_____
D.P. Marshall Jr.
United States District Judge

_8 Sept. 2011_