IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNY COFFEY
ADC #86434                                                                                    PLAINTIFF

v.                                    No. 5:11-cv-86-DPM

DEBORAH YORK, Director of
Nurses, CMS; and CORRECTIONAL
MEDICAL SERVICES                                                                      DEFENDANTS

### ORDER

United States Magistrate Judge Jerome T. Kearney entered Proposed Findings and Recommendations in this case, *Document No. 54*, to which Coffey has not objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own.

Because Coffey's untimely grievances failed to exhaust his administrative remedies, as required by the Prison Litigation Reform Act, his complaint is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 December 2011