IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNY COFFEY
ADC #86434                                                              PLAINTIFF

v.                      No. 5:11-cv-86-DPM

DEBORAH YORK, Director of
Nurses, CMS; and CORRECTIONAL
MEDICAL SERVICES                                                        DEFENDANTS

JUDGMENT

Coffey's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

16 December 2011